FILED

07 OCT 19 PM 2: 53

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT + SCOTT LLP
Arthur L. Shingler III (181719)
Nicholas J. Licato (228402)
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: 619/233-4565
Fax: 619/233-0508
Email: ashingler@scott-scott.com

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P. O Box 192
Colchester, CT 06415
Tel: 860/537-5537
Fax: 860/537-4432
Email: drscott@scott-scott.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SMITH, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, AND FREDERICK A. BALL,<br><br>Defendants. | Case No.   **SI**<br><br>LR 3-12 NOTICE<br>OF RELATED CASES |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, in accordance with Local Rule 3-12, the following are cases related to the above-captioned cases:

1. Mohanty v. Bassan-Eskenazi et al (4:07-cv-05101-SBA),
   In the court of the Hon. Judge Armstrong;

2. Brodsky v. Bigband Networks, Inc. et al (3:07-cv-05141-MMC)
   In the court of the Hon. Judge Chesney;

3. Koesterer v. Bigband Networks, Inc. et al (3:07-cv-05168-MMC)
   In the court of the Hon. Judge Chesney.

DATED: October 19, 2007

                                        Respectfully submitted,

                                        SCOTT + SCOTT, LLP
                                        Arthur Shingler, III
                                        Nicholas J. Licato
                                        600 B. Street, Suite 1500
                                        San Diego, CA 92101
                                        Telephone: (619) 233-4565
                                        Facsimile: (610) 233-0508

                                        SCOTT + SCOTT, LLP
                                        David R. Scott
                                        108 Norwich Avenue
                                        P. O. Box 192
                                        Colchester, CT 06415
                                        Telephone: (860) 537-5537
                                        Facsimile: (860) 537-4432

                                        *Counsel for Plaintiff*