KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, JR. State Bar No. 161934
JONI OSTLER, State Bar No. 230009
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com
E-mail: rstrickland@wsgr.com
E-mail: jostler@wsgr.com
E-mail: flugo@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SMITH, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL<br><br>Defendants. | Case No. 3:07-CV-05361-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: January 25, 2008<br>Time: 2:00 p.m.<br>Before: Hon. Susan Illston |

1    WHEREAS, this case is a purported class action governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

WHEREAS, seven other substantially similar class actions are also pending in the Northern District of California:

*Mohanty v. Bassan-Eskenazi et al.*, No. C 07-5101-SBA, filed 10/3/07 (the "*Mohanty* Action");

*Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07;

*Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-MMC, filed 10/18/07;

*Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;

*Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07;

*Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-SI, filed 11/16/07; and

*Wiltjer v. BigBand Networks, Inc., et al.*, No. C 08-22-CRB, removed on 1/2/08.

WHEREAS, on December 3, 2007, two motions to consolidate all these similar actions and for appointment as Lead Plaintiff pursuant to Section 21(D) of the PSLRA were filed in the first-filed *Mohanty* Action (*Mohanty* Action Docket Nos. 12, 15), and are scheduled to be heard on February 5, 2008 before the Honorable Saundra B. Armstrong;

WHEREAS, because no lead plaintiff has been appointed who can speak for the plaintiff class, and because this case will, in all likelihood, be consolidated with the other above-listed cases and transferred to Judge Saundra B. Armstrong, the parties agree that the Case Management Conference currently scheduled for January 25, 2008 at 2:00 p.m. would be premature at this time;

IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi and Frederick Ball, and plaintiff Donald Smith, that the Case Management Conference currently scheduled for January 25, 2008 at 2:00 p.m. should be taken off calendar and rescheduled at another time convenient for the Court after a lead plaintiff

/ / /

has been appointed who can speak for the plaintiff class, in the event that this case is not transferred to Judge Saundra B. Armstrong.

Dated: January 23, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Joni Ostler_____
    Joni Ostler

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi and Frederick Ball*

Dated:  January 23, 2008

SCOTT + SCOTT LLP

By: _____/s/ Nicholas J. Licato_____
    Nicholas J. Licato
Arthur L. Shingler
600 B. Street, Suite 1500
San Diego, CA  92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: ashingler@scott-scott.com

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
Email: drscott@scott-scott.com

*Counsel for Plaintiff Donald Smith*

## ORDER

Pursuant to Stipulation, it is hereby ordered that the Case Management Conference currently scheduled for January 25, 2008 at 2:00 p.m. should be taken off calendar and rescheduled at _____February 29, 2008_____.

Dated: _____    _____/s/ Susan Illston_____
                                The Honorable Susan Illston
                                United States District Court Judge

| | |
|---|---|
| 1 | **<u>ATTESTATION</u>** |

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Nicholas L. Licato has concurred in this filing.

Dated: January 23, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: \_\_\_\_/s/ Joni Ostler_____
         Joni Ostler