KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, JR. State Bar No. 161934
JONI OSTLER, State Bar No. 230009
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com
E-mail: rstrickland@wsgr.com
E-mail: jostler@wsgr.com
E-mail: flugo@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SMITH, On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL<br><br>            Defendants. | Case No. 3:07-CV-05361-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  February 29, 2008<br>Time:           2:00 p.m.<br>Before:        Hon. Susan Illston |

STIP RE CMC DATE
CASE NO. 3:07-CV-05361-SI

1      WHEREAS, on January 23, 2008, the parties filed a stipulation requesting that the Court

2 continue the Case Management Conference in this matter, because this case is one of eight

3 substantially similar securities class actions pending in the Northern District of California, and

4 two motions to consolidate all the similar actions and for appointment as Lead Plaintiff pursuant

5 to Section 21(D) of the Private Securities Litigation Reform Act were scheduled to be heard by

6 the Honorable Saundra B. Armstrong on February 5, 2008;

7      WHEREAS, on January 24, 2008, this Court rescheduled the Case Management

8 Conference for February 29, 2008;

9      WHEREAS, the two motions for consolidation and appointment as Lead Plaintiff are

10 under submission by Judge Armstrong in the first-filed action (*Mohanty v. Bassan-Eskenazi et

11 al.*, No. C 07-5101-SBA, filed 10/3/07), and therefore there is no lead plaintiff; and

12     WHEREAS, the parties believe that this case will, in all likelihood, be consolidated with

13 the seven other substantially similar class actions and transferred to Judge Saundra B.

14 Armstrong, and thus agree that the Case Management Conference now scheduled for February

15 29, 2008 at 2:00 p.m. would be premature at this time;

16     IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the

17 Case Management Conference now scheduled for February 29, 2008 at 2:00 p.m. should be

18 taken off calendar and rescheduled at another time convenient for the Court after a lead plaintiff

28 / / /

1  has been appointed who can speak for the plaintiff class, in the event that this case is not

2  transferred to Judge Saundra B. Armstrong.

3  Dated: February 13, 2008                          WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation
4

5                                                    By:  _____/s/ Joni Ostler_____
                                                              Joni Ostler
6
                                                     *Counsel for Defendants BigBand Networks, Inc.,*
7                                                    *Amir Bassan-Eskenazi and Frederick Ball*

8  Dated:  February 13, 2008                         SCOTT + SCOTT LLP

9
                                                     By:  _____/s/ Arthur L. Shingler_____
10                                                           Arthur L. Shingler
                                                     Nicholas J. Licato
11                                                   600 B. Street, Suite 1500
                                                     San Diego, CA  92101
12                                                   Tel.: (619) 233-4565
                                                     Fax: (619) 233-0508
13                                                   Email: ashingler@scott-scott.com

14                                                   David R. Scott
                                                     SCOTT + SCOTT LLP
15                                                   108 Norwich Avenue
                                                     P.O. Box 192
16                                                   Colchester, CT  06415
                                                     Tel.: (860) 537-5537
17                                                   Fax: (860) 537-4432
                                                     Email: drscott@scott-scott.com
18
                                                     *Counsel for Plaintiff Donald Smith*
19

20                                          ORDER

21       Pursuant to Stipulation, it is hereby ordered that the Case Management Conference

22  currently scheduled for February 29, 2008 at 2:00 p.m. should be taken off calendar and

23  rescheduled at _____.

24

25  Dated:  _____              _____
                                                     The Honorable Susan Illston
26                                                   United States District Court Judge

27

28

1 **ATTESTATION**

2     I, Joni Ostler, am the ECF user whose identification and password are being used to file

3 the STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CASE

4 MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B, I hereby attest

5 that Arthur L. Shingler has concurred in this filing.

6 Dated: February 13, 2008                    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

8                                         By:   /s/ Joni Ostler
                                                    Joni Ostler