KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, JR. State Bar No. 161934
JONI OSTLER, State Bar No. 230009
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com
E-mail: rstrickland@wsgr.com
E-mail: jostler@wsgr.com
E-mail: flugo@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL <br><br> Defendants. | Case No. 3:07-CV-05361-SI <br><br> **STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> CMC Date: February 29, 2008 <br> Time: 2:00 p.m. <br> Before: Hon. Susan Illston |

1    WHEREAS, on January 23, 2008, the parties filed a stipulation requesting that the Court
2 continue the Case Management Conference in this matter, because this case is one of eight
3 substantially similar securities class actions pending in the Northern District of California, and
4 two motions to consolidate all the similar actions and for appointment as Lead Plaintiff pursuant
5 to Section 21(D) of the Private Securities Litigation Reform Act were scheduled to be heard by
6 the Honorable Saundra B. Armstrong on February 5, 2008;

7    WHEREAS, on January 24, 2008, this Court rescheduled the Case Management
8 Conference for February 29, 2008;

9    WHEREAS, the two motions for consolidation and appointment as Lead Plaintiff are
10 under submission by Judge Armstrong in the first-filed action (*Mohanty v. Bassan-Eskenazi et
11 al.*, No. C 07-5101-SBA, filed 10/3/07), and therefore there is no lead plaintiff; and

12    WHEREAS, the parties believe that this case will, in all likelihood, be consolidated with
13 the seven other substantially similar class actions and transferred to Judge Saundra B.
14 Armstrong, and thus agree that the Case Management Conference now scheduled for February
15 29, 2008 at 2:00 p.m. would be premature at this time;

16    IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the
17 Case Management Conference now scheduled for February 29, 2008 at 2:00 p.m. should be
18 taken off calendar and rescheduled at another time convenient for the Court after a lead plaintiff

28 / / /

STIP RE CMC DATE                                -2-
CASE NO. 3:07-CV-05361-SI

has been appointed who can speak for the plaintiff class, in the event that this case is not transferred to Judge Saundra B. Armstrong.

Dated: February 13, 2008  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Joni Ostler_____
       Joni Ostler

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi and Frederick Ball*

Dated:  February 13, 2008  SCOTT + SCOTT LLP

By: _____/s/ Arthur L. Shingler_____
       Arthur L. Shingler
Nicholas J. Licato
600 B. Street, Suite 1500
San Diego, CA  92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: ashingler@scott-scott.com

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
Email: drscott@scott-scott.com

*Counsel for Plaintiff Donald Smith*

## ORDER

Pursuant to Stipulation, it is hereby ordered that the Case Management Conference currently scheduled for February 29, 2008 at 2:00 p.m. should be taken off calendar and rescheduled at _____4/11/08 @ 2:00_____.

Dated: _____  _____
       The Honorable Susan Illston
       United States District Court Judge

1 **<u>ATTESTATION</u>**

2     I, Joni Ostler, am the ECF user whose identification and password are being used to file

3 the STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CASE

4 MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B, I hereby attest

5 that Arthur L. Shingler has concurred in this filing.

6 Dated: February 13, 2008      WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

8      By: ____/s/ Joni Ostler_____
         Joni Ostler