1

2

3

4

5

6

7

8

9        UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated, ) ) | Case No. 3:07-CV-05101-SBA |
| Plaintiff, ) ) | **STIPULATION AND ORDER REGARDING CONSOLIDATION AND SCHEDULING** |
| v. ) ) | |
| BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS LLC ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

| | |
|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself  )   Case No. 3:07-CV-05168-MMC |
| | and All Others Similarly Situated,                          ) |
| 2 |                                                               ) |
| |      Plaintiff,                        ) |
| 3 |                                                               ) |
| |     v.                                      ) |
| 4 |                                                               ) |
| | BIGBAND NETWORKS, INC., AMIR                                  ) |
| 5 | BASSAN-EZKENAZI, FREDERICK A. BALL,  ) |
| | RAN OZ, LLOYD CARNEY, DEAN                                    ) |
| 6 | GILBERT, KEN GOLDMAN, GAL ISRAELY,    ) |
| | BRUCH SACHS, ROBERT SACHS, and                                ) |
| 7 | GEOFFREY YANG                                                 ) |
| |      Defendants.                       ) |

Case No. 3:07-CV-05168-MMC

Case No. 3:07-CV-05327-MMC

Case No. 3:07-CV-05361-SI

1  DENNIS KOESTERER, On Behalf of Himself  )   Case No. 3:07-CV-05168-MMC
   and All Others Similarly Situated,                          )
2                                                               )
           Plaintiff,                                           )
3                                                               )
        v.                                                      )
4                                                               )
   BIGBAND NETWORKS, INC., AMIR                                  )
5  BASSAN-EZKENAZI, FREDERICK A. BALL,                          )
   RAN OZ, LLOYD CARNEY, DEAN                                    )
6  GILBERT, KEN GOLDMAN, GAL ISRAELY,                           )
   BRUCH SACHS, ROBERT SACHS, and                                )
7  GEOFFREY YANG                                                 )
                                                                )
8          Defendants.                                          )
                                                                )
9  ABRENA WINSTON, Individually and On      )   Case No. 3:07-CV-05327-MMC
   Behalf of All Others Similarly Situated,                     )
10                                                              )
           Plaintiff,                                           )
11                                                              )
        v.                                                      )
12                                                              )
   BIGBAND NETWORKS, INC., AMIR                                  )
13 BASSAN-EZKENAZI, RAN OZ,                                     )
   FREDERICK BALL, GAL ISRAELY, DEAN                            )
14 GILBERT, KEN GOLDMAN, LLOYD                                   )
   CARNEY, BRUCE SACHS, ROBERT                                   )
15 SACHS, GEOFFREY YANG, MERRILL                                )
   LYNCH, PIERCE, FENNER & SMITH, INC.,                          )
16 MORGAN STANLEY & CO., INC., COWEN                            )
   AND CO., JEFFERIES & CO., and                                 )
17 THINKEQUITY PARTNERS LLC                                      )
                                                                )
18         Defendants.                                          )
                                                                )
19 DONALD SMITH, On Behalf of Himself and   )   Case No. 3:07-CV-05361-SI
   All Others Similarly Situated,                               )
20                                                              )
           Plaintiff,                                           )
21                                                              )
        v.                                                      )
22                                                              )
   BIGBAND NETWORKS, INC., AMIR                                  )
23 BASSAN-EZKENAZI, and FREDERICK A.                            )
   BALL                                                          )
24                                                              )
           Defendants.                                          )
25
26
27
28

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

1    WAYNE LUZON, On Behalf of Himself and All )    Case No. 3:07-CV-05637-WHA
     Others Similarly Situated,                    )
2                                                   )
                    Plaintiff,                      )
3                                                   )
               v.                                   )
4                                                   )
     BIGBAND NETWORKS, INC., AMIR BASSAN- )
5    EZKENAZI, RAN OZ, FREDERICK BALL, GAL )
     ISRAELY, DEAN GILBERT, KEN GOLDMAN,  )
6    LLOYD CARNEY, BRUCE SACHS, ROBERT     )
     SACHS, GEOFFREY YANG, MORGAN          )
7    STANLEY & CO., INC., MERRILL LYNCH,    )
     PIERCE, FENNER & SMITH, INC., JEFFERIES )
8    & CO., INC., COWEN AND CO., INC., and   )
     THINKEQUITY PARTNERS LLC               )
9                                                   )
                    Defendants.                     )
10   _____)
     DEBRA L. BERNSTEIN, Individually and On )    Case No. 07-05819 CRB
11   Behalf of All Others Similarly Situated,       )
                                                    )
12                  Plaintiff,                      )
                                                    )
13             v.                                   )
                                                    )
14   BIGBAND NETWORKS, INC., AMIR BASSAN- )
     EZKENAZI, RAN OZ, FREDERICK A. BALL,  )
15   GAL ISRAELY, DEAN GILBERT, KENNETH E. )
     GOLDMAN, LLOYD CARNEY, BRUCE I.       )
16   SACHS, ROBERT J. SACHS, GEOFFREY Y.    )
     YANG, MORGAN STANLEY & CO.            )
17   INCORPORATED, JEFFERIES & COMPANY,    )
     INC., MERRILL LYNCH, PIERCE, FENNER & )
18   SMITH INCORPORATED, COWEN AND         )
     COMPANY LLC, and THINKEQUITY          )
19   PARTNERS LLC,                          )
                                                    )
20                  Defendants.                     )
     _____)
21

22

23

24

25

26

27

28
     STIP AND [PROPOSED] ORDER RE
     CONSOLIDATION & SCHEDULING
     CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
     5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
     CRB, 07-5825-MHP

| | |
|---|---|
| | Case No. 07-5825-MHP |

EUGENE L. HAMMER, On Behalf of Himself and All Others Similarly Situated, )

        Plaintiff, )

      v. )

BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG, )

        Defendants. )

The parties hereby stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1.     The following actions are related cases:

- *Mohanty v. Bassan-Eskenazki et al.*, No. C 07-5101-SBA, filed 10/03/07;

- *Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07;

- *Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-JSW, filed 10/18/07;

- *Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;

- *Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;

- *Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07; and

- *Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-MHP, filed 11/16/07.

Pursuant to Federal Rules of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. 07-cv-5101-SBA, for all purposes, including pretrial proceedings, trial, and appeal.  The consolidated action shall be captioned: "*In re BigBand Networks, Inc. Securities Litigation*."

2.     Undersigned counsel for BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, and undersigned counsel for Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC, and ThinkEquity Partners LLC (all collectively, "Defendants") are authorized to accept, and hereby accept, service of all complaints and summonses in the above-captioned matters pursuant to Federal Rule of Civil Procedure 4(d).

3.     All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes.  This Order shall apply to every such related action, absent order of the Court.  A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is served on the party's counsel.

4.     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

1

**MASTER DOCKET AND CAPTION**

2          5.      The docket in Civil Action No. 07-cv-5101-SBA shall constitute the Master

3    Docket for this action.

4          6.      Every pleading filed in the consolidated action shall bear the following caption:

5                              UNITED STATES DISTRICT COURT

6                            NORTHERN DISTRICT OF CALIFORNIA

7                                          OAKLAND

8    In re BIGBAND NETWORKS, INC.        )        Master File No. 07-cv-5101-SBA
     SECURITIES LITIGATION               )
9    _____  )
                                         )        <u>CLASS ACTION</u>
10   This Document Relates To:           )
                                         )
11   _____  )

12         7.      The file in Case No. 07-cv-5101-SBA shall constitute a Master File for every

13   action in the consolidated action.  When the document being filed pertains to all actions, the

14   phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To".

15   When a pleading applies only to some, but not all, of the actions, the document shall list,

16   immediately after the phrase "This Documents Relates To", the docket number for each

17   individual action to which the document applies, along with the last name of the first-listed

18   plaintiff in said action.

19         8.      The parties shall file a notice of related cases whenever a case that should be

20   consolidated into this action is filed in, or transferred to, this District.  If the Court determines

21   that the case is related, the clerk shall:

22              a.   place a copy of this Order in the separate file for such action;

23              b.   serve on plaintiff's counsel in the new case a copy of this Order;

24              c.   direct that this Order be served upon defendants in the new case; and

25              d.   make the appropriate entry in the Master Docket.

26

27

28

1

**LEAD PLAINTIFF'S COUNSEL**

2       9.      After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel,

3    pursuant to 15 U.S.C. § 78u-4(a)(3), Lead Plaintiff's Counsel shall have authority to speak for,

4    and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures,

5    discovery, and settlement negotiations.  Lead Plaintiff's Counsel shall be responsible for

6    coordination of all activities and appearances on behalf of plaintiffs and for dissemination of

7    notices and orders.  Lead Plaintiff's Counsel shall be responsible for communications with the

8    Court on behalf of Plaintiffs.  Lead Plaintiff's Counsel shall maintain a master service list of all

9    parties and counsel, and service upon Lead Plaintiff's Counsel shall be deemed sufficient to

10   effect service on all plaintiffs.

11      10.     Defendants' counsel may rely upon agreements made with Lead Plaintiff's

12   Counsel.  Such agreements shall be binding on all plaintiffs.

13

**PLEADINGS AND MOTIONS**

14      11.     Following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel, the

15   parties shall meet and confer and submit a mutually agreeable schedule for the filing of a

16   consolidated complaint (or designation of an operative complaint), as well as for the briefing and

17   hearing of responses thereto.  The consolidated or operative complaint shall supersede all

18   complaints filed in any of the actions consolidated herein.

19      12.     Defendants are not required to respond to the complaint in any action

20   consolidated into this action, other than the consolidated complaint filed by the Lead Plaintiff or

21   a complaint designated as the operative complaint by the Lead Plaintiff.

22      13.     The above-captioned cases have been designated for this Court's Electronic

23   Case Filing Program, and all pleadings and papers shall be electronically served in accordance

24   with the Local Rules and General Orders of this Court regarding Electronic Case Filing.  To the

25   extent that any papers are not electronically filed, the Defendants and the Lead Plaintiff shall

26   serve all such papers on each other by hand, by overnight delivery, or facsimile, unless

27   otherwise agreed upon.  Notwithstanding the foregoing, and paragraph 9 above, in the event

28

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

-3-

1    that Defendants elect to serve plaintiffs' counsel, other than Lead Plaintiff's Counsel, they may

2    do so by first class mail, unless otherwise agreed upon by the parties.

3         IT IS SO STIPULATED.

4    Dated:  November 15, 2007                HAGENS BERMAN SOBOL SHAPIRO LLP

5                                             By:        /s/ Reed Kathrein
                                                    Reed R. Kathrein
6                                            715 Hearst Avenue, Suite 2092
                                             Berkeley, CA  94710
7                                            Tel.: (510) 725-3000
                                             Fax: (510) 725-3001
8                                            Email: reed@hbsslaw.com

9                                            Steve Berman
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
10                                           1301 Fifth Avenue, Suite 2900
                                             Seattle, WA  98101
11                                           Tel.: (206) 623-7292
                                             Fax: (206) 623-0594
12
                                             *Counsel for Plaintiff Bikash Mohan Mohanty*
13
                                             LEWIS KAHN
14                                           KAHN GAUTHER SWICK LLC
                                             650 Poydras Street – Suite 2150
15                                           New Orleans, LA  70130
                                             Tel.: (504) 455-1400
16                                           Fax: (504) 455-1498
                                             Email: Lewis.kahn@kgscounsel.com
17
                                             *Additional counsel for Plaintiff Bikash Mohan*
18                                           *Mohanty*

19   Dated:  November 15, 2007               WHITEHEAD & PORTER LLP

20                                           By:        /s/ Stephen L. Porter
                                                    Stephen L. Porter
21                                           220 Montgomery, Suite 1850
                                             San Francisco, CA  94104
22                                           Tel.: (415) 781-6070

23                                           *Local Counsel for Plaintiff Dennis Koesterer*

24                                           ROBERT C. FINKEL
                                             NATALIE MACKIEL
25                                           WOLF POPPER LLP
                                             845 Third Avenue
26                                           New York, NY  10022
                                             Tel.: (212) 759-4600
27                                           Fax: (212) 486-2093

28                                           *Counsel for Plaintiff Dennis Koesterer*

1    Dated:  November 16, 2007                SCHIFFRIN BARROWAY TOPAZ & KESSLER,
                                              LLP
2
                                              By: _____/s/ Alan R. Plutzik_____
3                                                      Alan R. Plutzik
                                              L. Timothy Fisher
4                                             2125 Oak Grove Road, Suite 120
                                              Walnut Creek, CA  94598
5                                             Tel.: (925) 945-0770
                                              Fax: (925) 945-8792
6
                                              *Counsel for Plaintiff Abrena Winston*
7

8    Dated:  November 15, 2007                SCOTT + SCOTT LLP

9                                             By: _____/s/ Nicholas J. Licato_____
                                                      Nicholas J. Licato
10                                            Arthur L. Shingler
                                              600 B. Street, Suite 1500
11                                            San Diego, CA  92101
                                              Tel.: (619) 233-4565
12                                            Fax: (619) 233-0508
                                              Email: ashingler@scott-scott.com
13
                                              David R. Scott
14                                            SCOTT + SCOTT LLP
                                              108 Norwich Avenue
15                                            P.O. Box 192
                                              Colchester, CT  06415
16                                            Tel.: (860) 537-5537
                                              Fax: (860) 537-4432
17                                            Email: drscott@scott-scott.com

18                                            *Counsel for Plaintiff Donald Smith*

19   Dated:  November 14, 2007                FINKELSTEIN THOMPSON LLP

20                                            By: _____/s/ Mark Punzalan_____
                                                      Mark Punzalan
21                                            C. P. Bartholomew
                                              100 Bush Street, Suite 1450
22                                            San Francisco, CA  94104
                                              Tel.: (415) 398-8700
23                                            Fax: (415) 398-8704
                                              Email: cpbartholomew@finkelsteinthompson.com
24                                            Email: mpunzalan@finkelsteinsthompson.com

25                                            *Counsel for Plaintiff Wayne Luzon*

26

27

28

1   Dated: November 16, 2007                    SAXENA WHITE P.A.

2                                               By: _____ /s/ Lester R. Hooker _____
                                                    Lester R. Hooker
3                                               2424 N. Federal Highway
                                                Suite 257
4                                               Boca Raton, FL 33431
                                                Tel.: (561) 394-3399
5                                               Fax: (561) 394-3382
                                                Email: lhooker@saxenawhite.com
6
                                                *Counsel for Plaintiff Debra L. Bernstein*
7

8   Dated: November 20, 2007                    KAPLAN FOX & KILSHEIMER LLP

9                                               By: _____ /s/ Laurence D. King _____
                                                    Laurence D. King
10                                              350 Sansome Street, Suite 400
                                                San Francisco, CA 94104
11                                              Tel.: (415) 772-4700
                                                Fax: (415) 772-4707
12                                              Email: lking@kaplanfox.com

13                                              LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
                                                Karen H. Riebel
14                                              Elizabeth R. Odette
                                                100 Washington Avenue, Suite 2200
15                                              Minneapolis, MN 55402
                                                Tel.: (612) 339-6900
16                                              Fax: (612) 339-0981
                                                Email: khriebel@locklaw.com
17                                              Email: erodette@locklaw.com

18                                              *Counsel for Plaintiff Eugene L. Hammer*

19  Dated: November 14, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
20
                                                By: _____ /s/ Keith Eggleton _____
21                                                  Keith Eggleton
                                                Rodney Strickland
22                                              Joni Ostler
                                                650 Page Mill Road
23                                              Palo Alto, CA 94304
                                                Tel.: (650) 493-9300
24                                              Fax: (650) 493-6811
                                                Email: keggleton@wsgr.com
25                                              Email: rstrickland@wsgr.com

26                                              *Counsel for Defendants BigBand Networks, Inc.,*
                                                *Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
27                                              *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
                                                *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
28                                              *Yang*

1  Dated:  November 15, 2007                    ORRICK HERRINGTON & SUTCLIFFE LLP

2                                               By:  _____/s/ Michael C. Tu_____
                                                     Michael C. Tu
3                                               777 South Figueroa Street
                                                Suite 3200
4                                               Los Angeles, CA  90017-5855
                                                Tel.: (213) 629-2020
5                                               Fax: (213) 612-2499
                                                Email: mtu@orrick.com
6
                                                Robert P. Varian
7                                               ORRICK HERRINGTON & SUTCLIFFE LLP
                                                405 Howard Street
8                                               San Francisco, CA  94105-2669
                                                Tel.: (415) 773-5934
9                                               Fax: (415) 773-5759
                                                Email: rvarian@orrick.com
10
11                                              *Counsel for Defendants Morgan Stanley & Co.,
                                                Inc., Merrill Lynch, Pierce, Fenner & Smith
12                                              Incorporated, Jefferies & Company, Inc., Cowen
                                                and Company, LLC and ThinkEquity Partners LLC*
13

14

15                                     **ORDER**

16         PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

17

18

19         2/13/08                              _____
                                                The Honorable Saundra B. Armstrong
20                                              United States District Judge

21

22

23

24

25

26

27

28
   Stip And [Proposed] Order Re                 -7-
   Consolidation & Scheduling
   Case Nos. 07-5101-SBA, 07-5168-MMC, 07-
   5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
   CRB, 07-5825-MHP

1

<u>ATTESTATION</u>

2

I, Joni Ostler, am the ECF User whose identification and password are being used to file

3

this STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND

4

SCHEDULING.  In compliance with General Order 45.X.B, I hereby attest that the above-listed

5

counsel, Reed Kathrein, Stephen L. Porter, Alan R. Plutzik, Nicholas J. Licato, Mark Punzalan,

6

Lester R. Hooker, Laurence D. King, Keith Eggleton and Michael C. Tu, have all concurred in

7

this filing.

8

9

Dated:  November 21, 2007               WILSON SONSINI GOODRICH & ROSATI

10

11

By: /s/ Joni Ostler
                                                Joni Ostler

12

650 Page Mill Road
Palo Alto, CA  94304

13

Tel.: (650) 493-9300
Fax: (650) 493-6811

14

Email: jostler@wsgr.com

15

*Counsel for Defendants BigBand Networks, Inc.,*

16

*Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
*Gal Israely, Dean Gilbert, Ken Goldman, Lloyrd*

17

*Carney, Bruce Sachs, Robert Sachs and Geoffrey*
*Yang*

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3        I, Rosemarie Dean, declare:

4        I am employed in Santa Clara County, State of California.  I am over the age of 18 years

5   and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati,

6   650 Page Mill Road, Palo Alto, California 94304-1050.

7        On this date, I served:

8   **STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND**
    **SCHEDULING**

9
        ☒        By e-mail transmission on that date.  This document was transmitted via e-mail to
10                the following e-mail addresses as set forth below:

11               Michael C. Tu
                 Orrick Herrington & Sutcliffe LLP
12               777 South Figueroa Street, Suite 3200
                 Los Angeles, CA  90017-5855
13               Telephone:  (213) 629-2020
                 Facsimile:  (213) 612-2499
14               E-mail:  mtu@orrick.com

15

16       I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

17   processing of documents for delivery according to instructions indicated above.  In the ordinary

18   course of business, documents would be handled accordingly.

19
         I declare under penalty of perjury under the laws of the State of California that the
20
     foregoing is true and correct.  Executed at Palo Alto, California on November 21, 2007.
21

22                                               /s/  Rosemarie Dean
                                                 Rosemarie Dean
23

24

25

26

27

28
     STIP AND [PROPOSED] ORDER RE                     -9-
     CONSOLIDATION & SCHEDULING
     CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
     5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
     CRB, 07-5825-MHP